IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**CARLLOWS BATTLE,**

    Petitioner,

v.                                         No. 12-cv-0972 MCA/SMV

**STATE OF NEW MEXICO,**

    Respondent.

## ORDER TO CURE DEFICIENCY

Petitioner submitted an application for writ of habeas corpus. The Court determines that Petitioner's filings are deficient; specifically, the $5.00 filing fee has not been paid and Petitioner has not filed an application to proceed in forma pauperis. Failure to cure the designated deficiencies within thirty (30) days from entry of this order may result in dismissal of this proceeding without further notice.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Petitioner cure the deficiencies designated above within thirty (30) days from entry of this order. Any papers that Applicant files in response to this order must include the civil cause number (12-cv-972 MCA/SMV) of this case;

**IT IS FURTHER ORDERED** that the Clerk of the Court is directed to mail to Petitioner, together with a copy of this order, two copies of an application to proceed in forma pauperis.

**IT IS SO ORDERED**.

                                                         **STEPHAN M. VIDMAR**
                                                         **United States Magistrate Judge**