IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**CARLLOWS BATTLE,**

    Petitioner,

v.                                            No. 12-cv-0972 MCA/SMV

**STATE OF NEW MEXICO,**

    Respondent.

## ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS

THIS MATTER is before the Court on Petitioner's Application to Proceed in District Court Without Prepaying Fees or Costs (short form) [Doc. 4]. The Court, being fully advised in the premises, FINDS that the motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Application to Proceed . . . Without Prepaying Fees or Costs . . . [Doc. 4] is hereby **GRANTED**, and Petitioner may proceed without further prepayment of costs or other fees or the necessity of giving security therefor.

**IT IS SO ORDERED**.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**