IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**CARLLOWS BATTLE,**

    Petitioner,

v.                                                           No. 12-cv-0972 MCA/SMV

**STATE OF NEW MEXICO,**

    Respondent.

## ORDER GRANTING MOTION FOR CONTINUANCE

THIS MATTER is before the Court on Petitioner's Motion for Continuance [Doc. 10] ("Motion"), filed on November 27, 2012. Petitioner requests an additional 30 days to reply to Respondent's Answer. Motion [Doc. 10] at 1. The Court, being fully advised in the premises, finds that the Motion is well-taken and should be GRANTED.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DERCEED** that Petitioner's Motion for Continuance [Doc. 10] is **GRANTED**, and Petitioner may file his reply under Rule 5, Rules Governing 2254 Proceedings, no later than **December 28, 2012**.

**IT IS SO ORDERED.**

                                                            **STEPHAN M. VIDMAR**
                                                            **United States Magistrate Judge**